AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 1:20 mj 56
)
INFORMATION ASSOCIATED WITH )
ONEMANTWOLIVES@GMAIL.COM, STORED AT )
PREMISES CONTROLLED BY GOOGLE, INC. )

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the ____Northern____ District of ____Florida____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2)(A), (a)(5)(B). | Knowing receipt of child pornography; Knowing possession with intent to access child pornography. |

The application is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____*)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Special Agent Joel Richards, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____*(specify reliable electronic means)*.

2020.07.21
14:58:42 -04'00'

Date: __July 21, 2020__                    *Judge's signature*

City and state: Gainesville, Florida          Gary R. Jones, Magistrate Judge
                                              *Printed name and title*

CERTIFIED A TRUE COPY
Jessica J. Lyublanovits, Clerk of Courts
By_____
Deputy Clerk